JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY C. BONTEMPS, | ) | Case No. CV 15-8226-JFW (SP) |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| C. SMITH, et al., | ) | |
| Defendants. | ) | |

    On October 13, 2015, plaintiff Gregory C. Bontemps initiated this action by filing a civil rights complaint in the United States District Court for the Eastern District of California. The case was subsequently transferred to this Court.

    Plaintiff did not pay the $350 filing fee, nor did he initially submit a request to proceed without prepayment of the full filing fee or in forma pauperis ("IFP"). Plaintiff later filed an IFP application, which the Court granted on February 10, 2016.

    The Court subsequently determined that plaintiff has at least three other "strikes," which prevent plaintiff from proceeding IFP under the "three strikes" provision of the Prison Litigation Reform Act ("PLRA"). Consequently, on November 18, 2016, the Court revoked the order granting plaintiff's IFP request. The Court further ordered that plaintiff shall pay the $350 filing fee in full within

30 days or this case will be dismissed.

More than 30 days have now passed, and plaintiff has not paid any of the full filing fee owed, that is, $350.00.

IT IS THEREFORE ORDERED that this case is DISMISSED. No further filings shall be accepted under this case number.

DATED: December 29, 2016

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE